UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAIMIE McCANN (DOC #172093) | CIVIL ACTION NO. 1:09-cv-2232 |
| VS. | SECTION P |
| | JUDGE DEE D. DRELL |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint alleging an unlawful prison disciplinary conviction be **DISMISSED WITH PREJUDICE (TO BEING ASSERTED AGAIN UNTIL THE *HECK* CONDITIONS ARE MET)** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B); and,

**IT IS FURTHER ORDERED THAT** the remainder of plaintiff's claims be **DISMISSED WITH PREJUDICE AS FRIVOLOUS**

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 5 day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE